FILED

APR 14 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**GREENEVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | No. 2:26-CR-31 |
| ) | **JUDGE CORKER** / WYRICK |
| **STEPHEN LAWRENCE NEGRON** ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that in or about May of 2024 in the Eastern District of Tennessee and elsewhere, the defendant, STEPHEN LAWRENCE NEGRON, knowingly transported, MV, a minor child, in interstate commerce for the purpose of engaging in unlawful sexual activity for which any person can be charged with a criminal offense, to wit, Tennessee Code Annotated § 39-13-506 (Aggravated Statutory Rape), which is the unlawful sexual penetration of a victim when the victim is at least 13 but less than 18 years of age, and the defendant is at least 10 years older than the victim, in violation of Title 18, United States Code, Section 2423(a).

A TRUE BILL:



FOREPERSON

Case 2:26-cr-00031-DCLC-CRW    Document 10    Filed 04/14/26    Page 1 of 2    PageID #: 25

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

BY: _____
THOMAS MCCAULEY
Assistant United States Attorney