# CRIMINAL CASE COVER SHEET

By: ☑ INDICTMENT ☐ SUPERSEDING Case Number: _____ 26-31
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20
DCLC3

USA V. STEPHEN LAWRENCE NEGRON _____

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

Immigration Cases
☐ Defendant is being added to existing criminal case ☐ Zone A ☐ Zone B
☐ Charges/Counts Added

Name of Assigned AUSA: THOMAS MCCAULEY _____

Matter Sealed: ☐ YES ☑ NO Place of Offense: Hawkins Co. _____

☐ Interpreter Required Language: _____

Issue: ☐ WARRANT ☐ SUMMONS ☐ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☑ FBI ☐ Other: FBI LaRose _____

Current Trial Date (if any): _____ before Judge _____

☑ Criminal Complaint Filed Case Number: 2:26-MJ-30 _____

☐ Defendant on Supervised Release Case Number: _____

Related Case/Attorney:

Case Number _____ Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): Cameron Hyder _____

☐ Federal Defender ☑ CJA ☐ Retained

Appointed by Target Letter Case Number: _____
Appointed in Pending Indictment Case Number: _____

CHARGES: Total # of Counts for this Defendant 1 _____

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| | 18 USC 2423(a) | Transportation of Minor for Sexual Activity | N | | 1 |
| | | | | | |
| | | | | | |

(Attach additional page, if needed)

Attorney Signature s/Thomas McCauley