U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNEESSEE at Greeneville
Date: 04/21/2026                    Courtroom: 300 - Greeneville

Initial Appearance: ☐Complaint ☑Indictment ☐SSI ☐Information ☐Violation Petition
                    ☐Rule 5
Other Hearing: ☑Arraignment ☐Arraignment on SSI

**Case No. 2:26-cr-31**      **USA v.** Stephen Lawrence Negron

Present Before: HONORABLE Cynthia Richardson Wyrick      U.S. Magistrate Judge

**Tom McCauley**      **Cameron Hyder**
Assistant U.S. Attorney     Attorney for Defendant     US Probation Officer
     ☑Appt. ☐Retd. ☐Ltd. App.
Amanda Gunter      DCR
Courtroom Deputy      Court Reporter / Digital Recording     Interpreter
     ☐SWORN

**PROCEEDINGS**:
☑ Financial affidavit executed previously    Court Appointed: ☐Federal Defender or ☑CJA Attorney
☐ Deft. retained an attorney    ☐Deft. WAIVED appointment of an attorney
☑ Deft. advised of rights
☑ Deft. waived reading of Indictment/Information    ☐Indictment/Information Read
☑ Deft. pleads not guilty on counts all counts    ☐Deft. entered no plea
☐ Not guilty plea entered by Court on defendant's behalf
☐ Deft. requested a Preliminary Examination    ☐Deft WAIVED the Rule 5 hearings
☐ Court UNSEALED case in its entirety    ☐Case REMAINS sealed
☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:

| | |
|---|---|
| Jury Trial: **08/04/2026    3 days** | Final Pretrial Conf.: |
| Detn Hrg: | Preliminary Examination: |
| Arraignment: | Motion Hrg: |
| Status Conf: | Other Hrg: |
| Revocation Hrg: | |

**DEADLINES SET**:
**DEADLINES SET**

| | |
|---|---|
| Discovery Ddl: | Reciprocal Discovery Ddl: |
| Motion Cut-Off: 06/05/2026 | Response Ddl: 06/15/2026 |
| Plea Ddl: 07/14/2026 | Other: |

BOND:
☑ Government moved for detention
☑ Dft WAIVED detention hrg. ☐Detention hrg. set ☐Detention hrg. held at Initial Appearance
☐ Deft. released on Conditions of Release
☑ Deft. remanded to the custody of the U.S. Marshal

I, Amanda Gunter , Deputy Clerk, CERTIFY the official record of this
proceeding is an audio file.
DCR File: 2-26-cr-31  20260421  093835      Court time: 9:39 to 9:46